UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Randall,

      Plaintiff,

v.                                                                        Case No.  17-13807

Commissioner of Social Security,                 Sean F. Cox
                                                                           United States District Court Judge
      Defendant.
_____/

**ORDER ADOPTING
8/15/18 REPORT AND RECOMMENDATION**

Plaintiff filed this action under 42 U.S.C. § 405(g), seeking judicial review of Defendant

Commissioner's denial of benefits.  The matter was referred to Magistrate Judge David R. Grand

for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report

and Recommendation pursuant to § 636(b)(1)(B) and (C).   Thereafter, the parties filed motions

for summary judgment.

On August 15, 2018, Magistrate Judge Grand issued a Report and Recommendation

("R&R") (Docket Entry No. 13) wherein he recommends that the Court deny Plaintiff's Motion

for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the

Commissioner's decision.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the

1

magistrate judge's disposition to which specific written objection has been made." *Id.*

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the August 15, 2018 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 5, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 5, 2018, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager
